# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1942
LT Case Nos. 2011-CF-4602-A
2011-CF-4601-A

_____

IVAN WEBB,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 Appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville,
for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

April 2, 2024


PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____